**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Chris Doop, | Case No.:  2:22-cv-02079-APG-VCF |
| Plaintiff | **Order Granting Extension of Time to File an Amended Complaint to June 15, 2023** |
| v. | [ECF No. 7] |
| Wellpath, *et al*., | |
| Defendants | |

In March 2023, I dismissed Chris Doop's *pro se* 42 U.S.C. § 1983 civil-rights action without prejudice and with leave to file an amended complaint.  ECF No. 3.  He has now filed what I construe as a motion for a 90-day extension of time to file an amended complaint. ECF No. 7. Good cause appearing, I grant the motion in part. Because I conclude that such a lengthy extension is not warranted, I will give Doop a 45-day extension.

I ORDER that plaintiff's motion for extension of time to file an amended complaint **[ECF No. 7] is GRANTED** *nunc pro tunc* in part and denied in part. **The deadline to file an amended complaint is extended to June 15, 2023.**

Dated: May 2, 2023

_____
U.S. District Judge Andrew P. Gordon